IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHAD J. SCOBIE, | |
| Plaintiff, | Civil Action No. 03 CV 1224 |
| | Honorable Gary Lancaster |
| vs. | |
| WACO EQUIPMENT COMPANY t/d/b/a WACO SCAFFOLDING AND EQUIPMENT, a registered fictitious name; REGIONAL MAST INC.; INTERNATIONAL TOWER CLIMBING, LTD.; SAFEWORKS, LLC t/d/b/a SAFEWORKS MAST CLIMBER, LLC individually and/or a division of SAFEWORKS, LLC; SATELLITE MAST CLIMBER, a division of SAFEWORKS, LLC., | |
| | **ELECTRONICALLY FILED** |
| Defendants, | |
| vs. | |
| PITTSBURGH MASONRY COMPANY, | |
| Third-Party Defendant. | |

\*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL

NOW INTO COURT, through their respective undersigned counsel, come plaintiff, Chad J. Scobie, defendants, Waco Equipment Company, Regional Mast, Inc, Safeworks, LLC t/d/b/a Safeworks Master Climber LLC, and third-party defendant Pittsburgh Masonry Company and hereby stipulate that all complaints/claims and/or cross-claims against third-party defendant, Pittsburgh Masonry Company are dismissed without prejudice, pursuant to Federal Rules of Civil Procedure 41(c) and 41(a)(1). The parties agree to bear their own costs and attorney fees. All counsel have conferred and

have given their consent to the filing of this stipulation. Defendant Regional Mast, Inc.'s counsel has withdrawn their appearance and Regional Mast, Inc. has not yet retained new counsel in this case.

_Kenneth Fawcett (by Permission WWR)_
Kenneth G. Fawcett, Esq.
Bowers, Ross & Fawcett, LLC
820 Kennedy Drive
Ambridge, PA 15003-0280
(*Counsel for Plaintiff*)

_(Unrepresented Party - No Response)_
(*Counsel for Defendant, Regional Mast, Inc.*)

_Clem Trischler (by Permission WWR)_
Clem C. Trischler, Esq.
Pietragallo, Bosick & Gordon
One Oxford Center, 38th Floor
Pittsburgh, PA 15219
(*Counsel for Defendant, Safeworks, LLC t/d/b/a Safeworks Master Climber LLC*)

_Stephen Poljak (by Permission WWR)_
Paul J. Atencio, Esquire
Stephen J. Poljak, Esq.
Marshall, Dennehey, Warner,
  Coleman & Goggin
600 Grant Street, Suite 2900
Pittsburgh, PA 15219
(*Counsel for Third-Party Defendant, Pittsburgh Masonry*)

_/s/ Arnd N. von Waldow_
Arnd N. von Waldow, Esq.
Wayne W. Ringeisen, Esq.
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219
(*Counsel for Defendant, Waco Equipment Company*)

AND NOW, this __29th__ day of __March__, 2007, it is so ORDERED.

_/s/_
United States District Court Judge