IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHAD J.S COBIE, | : |
| Plaintiff, | : Case No. 2:03-cv-01224 |
| v. | : Judge Gary L. Lancaster |
| WACO EQUIPMENT COMPANY, et al, | : |
| Defendants. | : |

### RESPONSE TO COURT ORDER REQUIRING JOINT SUBMISSION
### AS TO CASE RESOLUTION PROCEDURE

The parties advised the Court at a June 13, 2008 status conference that a settlement had been reached with the Plaintiff, but that the Defendants had not resolved their cross claims. The Court, by Minute Entry dated June 14, 2008, ordered the parties to discuss and file a joint proposal as to possible factual stipulations and the remaining issues to be resolved. Plaintiff, Chad Scobie, and Defendants, Waco Equipment Co., Regional Mast, Inc., SafeWorks, LLC, SafeWorks, LLC,S afeWorks MastClimber, LLC and Satellite MastClimber, Limited, which are all remaining parties to this action, by and through their counsel, submit the following joint response or proposal.

The Defendants have reached an agreement on a means to resolve their cross claims without the need for further involvement of this Court. Accordingly, the parties stipulate to, suggest and respectfully request that this Court enter an Order dismissing all of the Plaintiff's claims with prejudice; all cross claims against Defendant, Regional Mast, Inc., with prejudice; and the cross claims between Defendants, Waco Equipment Co., SafeWorks, LLC, SafeWorks, LLC, SafeWorks MastClimber, LLC and Satellite MastClimber, Limited,w ithout prejudice.

Respectfully submitted,

| | |
|---|---|
| BOWERS, ROSS & FAWCETT, LLC | DICKIE, MCCAMEY & CHILCOTE, P.C. |
| By: /s/ Kenneth G. Fawcett | By: /s/ Joseph L. Luvara |
| Kenneth G. Fawcett, Esquire | Joseph L. Luvara, Esquire |
| PA ID #74527 | PA ID #46438 |
| | |
| 820 Kennedy Drive | Two PPG Place, Suite 400 |
| Ambridge, PA 15003-0280 | Pittsburgh, PA 15222 |
| (724) 266-0290 | (412) 281-7272 |
| KFawcett@BRF-Law.com | luvaraj@dmclaw.com |
| | |
| Counsel for Plaintiff. Chad Scobie | Counsel for Defendant, Regional Mast, Inc. |
| | |
| MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN. P.C. | MARGOLIS EDELSTEIN |
| | By: /s/ Miles A. Kirshner |
| By: /s/ Edward A. Miller | Miles A. Kirshner, Esquire |
| Edward A. Miller, Esquire | PA ID #46426 |
| PA ID # 58954 | |
| | 525 William Penn Place, Suite 3300 |
| US Steel Tower, Suite 2900 | Pittsburgh, PA 15219 |
| 600 Grant Street | (412) 281-4256 |
| Pittsburgh, PA 15219 | mkrishner@margolisedelstein.com |
| (412) 803-1140 | |
| eamiller@mdwcg.com | Counsel for Defendants, SafeWorks, LLC, SafeWorks MastClimber, LLC and Satellite MastClimber, Limited |
| | |
| Counsel for Defendant, Waco Equipment Co. | |

SO ORDERED, this 30th day of June, 2008.

Gary L. Lancaster, U.S. District Judge

2